4122.   SCOTT & CO. *v.* ATLANTA WOOD AND IRON NOVELTY WORKS.

RUSSELL, J.   1. In this State the dissolution of a partnership brings to an end all powers and rights resulting to the partners from the partnership, "except for the purpose of general account and winding up the business." Civil Code, § 3164.

2. Embraced within the power to wind up the business is the authority to compromise and adjust a claim in favor of the partnership against a third party; and if such a claim be compromised by one of the partners in good faith, and without collusion between him · and the debtor, the other partners will be bound.   30 Cyc. 663; Gilmore on Partnership, § 117; Gilmore *v.* Ham, 142 N. Y. 1 (36 N. E. 826, 40 Am. St. Rep. 564), and citations.

3. Where, however, one of the former partners had surrendered to the other partners all interest which he had in a claim in favor of the partnership and against a third person, he was not authorized, without the consent of his former partners, to settle and adjust the claim or execute a release thereof.   Applying this principle to the facts in the above-stated case, there was no error in directing a verdict for the plaintiff.                          *Judgment affirmed.*

DECIDED FEBRUARY 4, 1913.

Affidavit of illegality; from city court of Atlanta—Judge Reid. March 14, 1912.

*T. J. Ripley,* for plaintiffs in error.

*Scott & Davis,* contra.